# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| THE GATHERING SPOT, LLC, | ) |
|     *Plaintiff*, | ) Case No. 3:22-cv-7 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| THE GATHERING SPOT AT | ) Magistrate Judge Jill E. McCook |
| BURLINGTON VILLAGE LLC and | ) |
| TERRI CADE- HILL, | ) |
| | ) |
|     *Defendants*. | ) |

## ORDER

Before the Court is Plaintiff's memorandum of law in support of its request for reasonable attorney's fees and expenses (Doc. 44). Plaintiff requests these fees pursuant to the Court's order granting Defendants' motion to set aside entry of default and ordering Defendants to "pay Plaintiff reasonable attorney's fees and expenses incurred with its efforts to obtain and maintain a default." (Doc. 38, at 7–8.) Plaintiff also request that the Court stay the case pending Defendants' payment of fees and expenses. (Doc. 44, at 9.)

On May 1, 2023, U.S. Magistrate Jill E. McCook issued a report and recommendation, recommending that: (1) Plaintiff's request for attorney's fees and expenses (Doc. 44) be granted in part and denied in part; (2) the Court award Plaintiff $27,705.50 in attorney's fees and $2,565.60 in expenses; and (3) the Court deny Plaintiff's request to stay the case pending Defendants' payment but order the parties to meet and confer about the appropriate payment structure and timeline. (Doc. 53, at 1–2, 13–14.) Neither party filed a timely objection to Magistrate Judge McCook's report and recommendation.

The Court hereby **ACCEPTS** and **ADOPTS** Magistrate Judge McCook's report and recommendation (Doc. 53), and Plaintiff's request for attorney's fees and expenses (Doc. 44) is hereby **GRANTED IN PART AND DENIED IN PART**. Plaintiff is **AWARDED** attorney's fees in the amount of $27,705.50 and $2,565.60 in expenses. It is **ORDERED** that the parties shall meet and confer to determine the appropriate payment structure and timeline. Should the parties' meet and confer be unsuccessful, the parties are to contact Magistrate Judge McCook's chambers to facilitate resolution.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**