IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| THE GATHERING SPOT, LLC,<br>　　　Plaintiff,<br><br>v.<br><br>THE GATHERING SPOT AT BURLINGTON<br>VILLAGE, LLC and TERRI CADE-HILL,<br>　　　Defendants. | )<br>)<br>)<br>)　CIVIL ACTION FILE NO.<br>)　3:22-cv-00007-TRM-JEM<br>)<br>)<br>)<br>)　JURY TRIAL DEMANDED<br>)<br>)<br>) |

## **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, Plaintiff The Gathering Spot, LLC ("Plaintiff" or "TGS") moves this Court for entry of summary judgment in its favor on all counts contained in its Complaint. As set forth in the Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment filed contemporaneously hereto.

In support of this Motion, Plaintiff relies on the following:

1. Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment;

2. Plaintiff's Complaint and corresponding exhibits;

3. Ryan Wilson's Verification;

4. Plaintiff's First Requests for Admissions to Defendant The Gathering Spot at Burlington Village, LLC;

5. Declaration of Amanda G. Hyland and corresponding exhibits; and

6. All other pleadings and matters of record.

Respectfully submitted this 5th day of July 2023.

　　　　　　　　　　　　　　　　　　　　　/s/ Amanda G. Hyland
　　　　　　　　　　　　　　　　　　　　　Micheline K. Johnson
　　　　　　　　　　　　　　　　　　　　　Tennessee Bar No. 013847

Amanda G. Hyland (*admitted pro hac vice*)
Georgia Bar No. 325115
Paige E. McKinney (*admitted pro hac vice*)
Georgia Bar No. 926474
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Fax: (770) 434-7376
mkjohnson@taylorenglish.com
ahyland@taylorenglish.com
pmckinney@taylorenglish.com

*Attorneys for Plaintiff
The Gathering Spot, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| THE GATHERING SPOT, LLC,<br>    Plaintiff,<br><br>v.<br><br>THE GATHERING SPOT AT BURLINGTON<br>VILLAGE, LLC and TERRI CADE-HILL,<br>    Defendants. | )<br>)<br>)<br>)  CIVIL ACTION FILE NO.<br>)  3:22-cv-00007-TRM-JEM<br>)<br>)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this July 5, 2023, I electronically filed the foregoing **PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all attorneys of record:

David H. Dupree
Tennessee Bar No. 025120
P.O. Box 6622
Knoxville, TN, 37914
(865) 332-5140
attydupree@aol.com

This 5th day of July, 2023.

                                                 */s/ Amanda G. Hyland*
                                               Amanda G. Hyland (*pro hac vice*)
                                               Georgia Bar No. 325115