# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE

THE GATHERING SPOT, LLC,

                Plaintiff,

    v.

THE GATHERING SPOT AT BURLINGTON
VILLAGE LLC and TERRI CADE-HILL,

                Defendants.

Case No.  3:22-cv-00007-TRM-JEM

## <u>DECLARATION OF AMANDA G. HYLAND</u>

Plaintiff, by and through counsel, submits this application and declaration in support of attorney's fees related to the Court's August 29, 2023, and September 19, 2023 Orders, Granting Plaintiff's Motion for Summary Judgment and requiring Plaintiff to submit supporting document regarding its reasonable attorneys' fees, respectively.[1]

I, Amanda G. Hyland, pursuant to the order of this court declare and state as follows:

### 1.

The statements set forth in this declaration are made of my own personal knowledge and if called as a witness, I could and would testify competently to the matters stated below.

### 2.

I am an attorney duly authorized and licensed to practice law in the State of Georgia and have been properly admitted pro hac vice to practice law in the Eastern District of Tennessee for

---

[1] Dkt. Nos. 63 and 66.

this matter. [2] I am a Partner at Taylor English Duma LLP ("Taylor English"), and counsel of record for Plaintiff The Gathering Spot, LLC ("TGS").

3.

I have acted as lead counsel in this case since it was filed, I have been involved personally in litigating this matter at all times, and I have personally supervised and overseen the work of all other attorneys and paralegals at our office for their work on this case.

4.

I submit this Application and Declaration in support of Plaintiff's Motion for Attorney's Fees and Expenses consistent with this Court's August 29, 2023, and September 19, 2023 Orders, Granting Plaintiff's Motion for Summary Judgment and requiring Plaintiff to submit supporting document regarding its reasonable attorneys' fees.

5.

This application seeks an award of attorneys' fees for work performed in this matter by myself, my colleagues, and staff at Taylor English Duma LLP, together with other costs and expenses, reasonably and necessarily incurred in successfully obtaining summary judgment on all Plaintiff's claims. A copy of the detailed time records of Plaintiff's counsel is attached hereto as **Exhibit A** and a copy of the detailed expense report is attached hereto as **Exhibit B.** The first 15 pages of Exhibit A show invoices that have been redacted to remove all time entries associated with the first, already granted fee request, such that the only entries remaining are those that were not included in the fee awarded already entered. The following pages of Exhibit A show time entries accrued thereafter. Attached as **Exhibit B** is the Statement reflecting the expenses sought by Taylor English at this time.

---

[2] Dkt. No. 10

Counsel for Plaintiff seeks payment of attorneys' fees at the following hourly rates:

| | |
|---|---|
| Amanda G. Hyland (Senior Attorney) | $315 |
| Seth K. Trimble (Senior Attorney) | $300 |
| Brent Radcliff (Associate) | $250 |
| Austin Vining (Associate) | $275 |
| Paige McKinney (Associate) | $275 |
| Rashmi Ahuja (Senior Paralegal) | $100 |

7.

With the exception of the rates requested for an additional associate, Paige McKinney, the aforementioned rates reflect the billing rates recommended by the Magistrate Court and adopted by the District Court in this matter with respect to Plaintiff's October 21, 2022, Request for its Reasonable Attorneys' Fees "incurred with its efforts to obtain and maintain a default." [Dkt. 38 at 7-8].

8.

Over the course of the case and again in connection with this request, I reviewed time records for the work performed and determined that I did not consider any of the charges to be unnecessary or excessive in light of the protracted nature of the case. Moreover, any unnecessary or duplicative hours were removed from the invoices prior to submission to the client.

9.

In support of the rates being requested, Counsel submits the following:

a. *Hourly Rate: Paige E. McKinney, Associate Attorney*

Ms. McKinney seeks an hourly rate of $275.00. Ms. McKinney is an associate attorney with Taylor English Duma's Litigation and Dispute Resolution practice group. She graduated *Cum Laude* from the University of Kentucky J. David Rosenberg College of Law in 2017, clerked for Justice Bill Cunningham at the Supreme Court of Kentucky, and for the past 6 years she has specialized in litigating complex cases across a variety of practice areas, including Intellectual

02649908-1                                   3

Property. Ms. McKinney is an attorney duly authorized and licensed to practice law in the State of Georgia and has been properly admitted pro hac vice to practice law in the Eastern District of Tennessee for this matter. [Dkt. No. 48].

10.

As of the date of this Declaration, Taylor English has expended more than $37,000.00 billable attorney and staff hours, and costs relating to the pursuit of its claims in this matter, excluding all costs and expenses previously awarded relating to its efforts to obtain and maintain a default. These hours were kept contemporaneously with the work performed.[3] While it is my opinion that the fees are reasonable and were necessary to properly prosecute the case, in exercising billing discretion, I have gone through Taylor English's hours and either "written off" or reduced time entries to reduce the amount of fees sought in Plaintiff's request for Attorney's Fees and Expenses.[4]

11.

The hours shown in the billing statement represent work reasonably and necessarily performed, through the filing of Plaintiff's Motion for Summary Judgment, in connection with the time expended to protect Plaintiff's Trademark and prosecute Defendants' infringement of the same.

12.

---

[3] I and my staff maintain contemporaneous billing statements for all wage & hour matters. The billing statements contain a description of each task performed, the time spent on each task, the person that performed the task, and the charge for each task. The billing statements also contain an itemized list of all expenses incurred by my firm. The billing statements are records maintained by me and my staff in the regular course of its business. It was in the regular course of business for me or a member of my staff with knowledge of the act, event, condition, or opinion recorded to make these records. The billing statements were made at or near the time of the act, event, condition, or opinion recorded, or reasonably soon thereafter. I have reviewed and relied upon these billing statements in preparation of this Declaration.
[4] Compensation is not being sought for this time or costs.

Hourly rates for Taylor English and the relevant time expended on this matter are as follows:

| | Hourly Rate | Hours Billed | Total Fees |
|---|---|---|---|
| Amanda G. Hyland | $315 | 31.6 | $9,954.00 |
| Seth Trimble | $300 | 2.4 | $720.00 |
| Paige McKinney | $275 | 70.6 | $19,415.00 |
| Brent Radcliff | $250 | 6.1 | $1,525.00 |
| Austin Vining | $275 | 9.8 | $2,695.00 |
| Rashmi Ahuja | $100 | 27.7 | $2,770.00 |

13.

The hours outlined in Paragraph 12 above reflect that shortly after Defendants moved to set aside default, Paige McKinney took over for Austin Vining as the primary associate on the case in light of Mr. Vining's intervening clerkship for Judge Paul Huck with the United States District Court for the Southern District of Florida, which began in September 2022.

14.

As the primary associate on the case, Ms. McKinney was responsible for, among other things, drafting Plaintiff's motions and briefs, responding to Defendants' motions, and preparing Plaintiff's discovery plan, initial disclosures, and witness list.

I declare under penalty of perjury under the laws of the State of Tennessee and of the United States that the foregoing is true and correct.

Executed this 19th day of September, 2023

/s/ Amanda G. Hyland
Amanda G. Hyland
Attorney for Plaintiff

# EXHIBIT A

# taylor | english

Taylor English Duma LLP 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 **taylorenglish.com**

The Gathering Spot, LLC

▮▮▮▮▮▮▮▮▮▮

Atlanta, GA   30313

| | | |
|---|---|---|
| Statement Date: | January 11, 2022 |
| Statement No. | 696558 |
| Account No. | 71654.0011 |
| Federal ID No. | 201310229 |

Attn:      Ryan Wilson

Re:   Burlington Trademark dispute

| | | | Hours | |
|---|---|---|---|---|
| 12/15/2021 | BMR | Reviewed correspondence from A. Hyland and began drafting Complaint. | 2.10 | 735.00 |
| | BMR | Conducted research on relevant local rules, infringer (TGS @ Burlington Village), and continued drafting Complaint. | 2.20 | 770.00 |
| 12/22/2021 | BMR | Reviewed A. Hyland's comments and revised Complaint accordingly. | 0.40 | 140.00 |
| | AGH | Edits to draft complaint; draft letter to Ms. Cade. | 2.10 | 840.00 |
| 12/23/2021 | BMR | Further revised TGS Complaint and collected Exhibits; provided to A. Hyland for review. | 1.20 | 420.00 |
| | AGH | Additional edits to complaint; calls with B. Radcliff regarding same; relay drafts to client for review. | 1.40 | 560.00 |
| 12/28/2021 | AGH | Work with paralegal to transmit letter and draft complaint to Ms. Cade. | 0.40 | 160.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | 9.80 | 3,625.00 |

### FEE SUMMARY

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Amanda G. Hyland | 3.90 | $400.00 | $1,560.00 |
| Brent Radcliff | 5.90 | 350.00 | 2,065.00 |

TOTAL CURRENT FEES AND COSTS                                           3,625.00

**Balance Due.................................**                                    $3,625.00



Case 3:22-cv-00007-TRM-JEM    Document 67-1    Filed 09/19/23    Page 10 of 30
PageID #: 559

# taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 **taylorenglish.com**

The Gathering Spot, LLC
██████████████████████
Atlanta, GA  30313

| | |
|---|---|
| Statement Date: | February 11, 2022 |
| Statement No. | 704826 |
| Account No. | 71654.0011 |
| Federal ID No. | 201310229 |

Attn:  Ryan Wilson

Re:  Burlington Trademark dispute

**PREVIOUS BALANCE BROUGHT FORWARD** ██████████

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | | Hours | |
| 01/04/2022 | AGH | Emails with Micheline about serving as local counsel; emails with client about filing and serving complaint. | 0.70 | 280.00 |
| 01/05/2022 | AGH | Review and final edits to complaint; review case filing documents; review exhibits; review United States Patent and Trademark Office report on litigation. | 2.90 | 1,160.00 |
| | RA | Proof and finalize complaint, prepare summons and civil cover sheet and file same; conference with A. Hyland regarding same. | 1.70 | 272.00 |
| 01/12/2022 | AGH | Emails with paralegal regarding service of process, Form AO120, and pro hac vice admission; review and approve pro hac form. | 1.20 | 480.00 |
| | RA | Conference with A. Hyland regarding filing status of case; download and organize all filings to date for attorney review; arrange for service of complaint and summons; refile Form AO 120 per court notice; and draft motions for admission Pro Hac Vice and review local rules regarding same. | 3.30 | 528.00 |
| 01/13/2022 | RA | Make prepayment to process serving company for service of summons and complaint on defendants. | 0.10 | 16.00 |
| 01/14/2022 | RA | Draft letter to Northern District of Georgia to request certificates of good standing for A. Hyland and B. RAdcliff; prepare and send Fedex package with same; research local rules for the Eastern District of Tennessee regarding admission pro hac vice; and follow up with process service company to obtain status of service of summons and complaint on Defendants. | 1.60 | 256.00 |
| 01/18/2022 | RA | Call court to confirm pro hac vice requirements. correspond with A. | 0.30 | 48.00 |
| ██ | ███████████████████████████████████████████████ | | ████ | ████ |

Hours

| Date | | Description | | |
|---|---|---|---|---|
| 01/20/2022 | RA | Contact attorney admissions to confirm certificates of good standing were sent from the Northern District of Georgia for Amanda Hyland and Brent Radcliff; and contact Fedex customer service regarding same. | 0.90 | 144.00 |
| 01/21/2022 | RA | Follow-up on service of process; file motion for admission pro hac vice for Amanda Hyland; and draft email to clerk of court regarding status of Brent's motion for admission pro hac vice. | 0.90 | 144.00 |
| 01/24/2022 | RA | Review email from process server re status of service; and complete application process on PACER to get Amanda Hyland e-filing privileges. | 1.40 | 224.00 |
| 01/25/2022 | | ███████████ | ██ | ██ |
| | | ███████████ | ██ | ██ |
| | | ███████████ | ██ | ██ |
| | | ███████████ | ██ | ██ |
| | | ███████████ | ██ | ██ |
| | | ███████████ | ██ | ██ |
| | | ███████████ | ██ | ██ |
| | RA | Finalize and file certificates of compliance for Brent Radcliff in both federal cases. | 0.30 | 48.00 |
| 01/28/2022 | | ███████████ | ██ | ██ |
| | | ███████████ | ██ | ██ |
| | RA | Finalize cover letter to court and check fro B. Radcliff's certificate of good standing; file motion for admission pro hac vice for same in the Eastern District of Tennessee. | 0.50 | 80.00 |
| | | ███████████ | ██ | ██ |
| | | ███████████ | ██ | ██ |
| | RA | Save and organize letter from Defendant Terri Cade-Hill's attorney requesting additional time to comply with cease and desist letter. | 0.10 | 16.00 |

Page 2

The Gathering Spot, LLC

Hours

01/31/2022



### FEE SUMMARY

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Amanda G. Hyland | | $400.00 | |
| Rashmi Ahuja | | 160.00 | |
| Brent Radcliff | | 350.00 | |

TOTAL CURRENT FEES AND COSTS

**Balance Due.................................**





**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 **taylorenglish.com**

The Gathering Spot, LLC
████████████████████████
████████████
Atlanta, GA   30313

| | |
|---|---|
| Statement Date: | March 10, 2022 |
| Statement No. | 709390 |
| Account No. | 71654.0011 |
| Federal ID No. | 201310229 |

Attn:      Ryan  Wilson

Re:    Burlington Trademark dispute

**PREVIOUS BALANCE BROUGHT FORWARD**                          ████████



| Date | | Description | Hours | |
|---|---|---|---|---|
| 02/01/2022 | ██ | ████████████████████████ | ██ | ██ |
| ████ | ██ | ████████████████████ | ██ | ██ |
| ████ | ██ | ██████████████████ | ██ | ██ |
| ████ | ██ | ████████████████████ | ██ | ██ |
| ████ | ██ | ████████████████████ | ██ | ██ |
| 02/14/2022 | AGH | Draft update to client regarding status of service. | 0.30 | 120.00 |
| | ██ | ███████████████████ | ██ | |
| ████ | | ███████████████████ | ██ | ██ |
| | ██ | █████████████████████ | ██ | ██ |
| ████ | | ███████████████████ | ██ | ██ |
| | ██ | ██████████████████ | | |
| | | █████████ | ██ | ██ |

Hours



| Date | | Description | Hours | |
|---|---|---|---|---|
| 02/28/2022 | AGH | Review letter from opposing counsel; respond to same. | 0.60 | 240.00 |

FOR PROFESSIONAL SERVICES RENDERED

FEE SUMMARY

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Amanda G. Hyland | | $400.00 | |
| Rashmi Ahuja | | 125.00 | |
| Rashmi Ahuja | | 160.00 | |
| Brent Radcliff | | 350.00 | |

TOTAL CURRENT FEES AND COSTS

**Balance Due.................................**



# taylor | english

**Taylor English Duma LLP** 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 **taylorenglish.com**

The Gathering Spot, LLC

███████████████████████

Atlanta, GA  30313

| | |
|---|---|
| Statement Date: | May 10, 2022 |
| Statement No. | 718650 |
| Account No. | 71654.0011 |
| Federal ID No. | 201310229 |

Attn:      Ryan  Wilson

Re:   Burlington  Trademark  dispute



**PREVIOUS BALANCE BROUGHT FORWARD**                                                             ████████

| | | | Hours | | |
|---|---|---|---|---|---|
| 04/04/2022 | ██ | ████████████████████████████ | | ██ | ████ |
| | ████████████████████████████████ | | | ██ | ████ |
| | AV | Meet with A. Hyland to discuss case; review file materials; research social media posts. | 2.10 | 735.00 |
| | ██████████████████████████████ | | | ██ | ████ |
| | ██████████████████████████████ | | | ██ | ████ |
| ████ | ██ | ██████████████████████████████ | | ██ | ████ |
| | ████████████████████████ | | | ██ | ████ |
| | ████████████████████████████ | | | ██ | ████ |

The Gathering Spot, LLC

Hours

| | | | | |
|---|---|---|---|---|
| 04/06/2022 | AGH | Draft status update to client. | 0.20 | 80.00 |
| 04/07/2022 | CS | Prepare letter and thumb drive for Judge Totenberg. | 0.20 | 32.00 |
| 04/11/2022 | AV | Research Burlington TGS's use of marks, websites, and online reviews. | 0.80 | 280.00 |
| | ■ | ████████████████████████████████ | ■ | ■ |
| 04/12/2022 | AV | Begin drafting first set of interrogatories. | 1.10 | 385.00 |
| 04/16/2022 | ■ | ████████████████████████████████ | ■ | ■ |
| 04/19/2022 | AV | Complete draft of first interrogatories and compiled written assessment of research of Burlington TSG's use of marks for A. Hyland's review. | 1.70 | 595.00 |
| 04/28/2022 | BMR | Reviewed correspondence and called/left voicemail for Michelle Holloway of TN SOS's Office. | 0.40 | 140.00 |
| | | FOR PROFESSIONAL SERVICES RENDERED | ■ | ■ |

FEE SUMMARY

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Amanda G. Hyland | ■ | $400.00 | ■ |
| Seth K. Trimble | | 400.00 | |
| Rashmi Ahuja | | 160.00 | |
| Brent Radcliff | | 350.00 | |
| Austin Vining | | 350.00 | |
| Charlotte Shumaker | | 160.00 | |

04/05/2022



Case 3:22-cv-00007-TRM-JEM   Document 67-1   Filed 09/19/23   Page 19 of 30
PageID #: 568



taylor | english

Taylor English Duma LLP 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

The Gathering Spot, LLC
███████████████████████
███████████████████
Atlanta, GA   30313

Statement Date:   August 11, 2022
Statement No.     738072
Account No.       71654.0011
Federal ID No.    201310229

Attn:      Ryan Wilson

Re:   Burlington Trademark dispute



**PREVIOUS BALANCE BROUGHT FORWARD**                                                    $ ████████

|  |  | Hours |  |
|---|---|---|---|
| ████████ | █████████████████████████ | ██ | ███ |
| ████████ | █ ████████████████████████ | ██ | ███ |
| 07/07/2022 | BMR   Call with S. Trimble to discuss case strategy and next steps. | 0.20 | 70.00 |
| ████████ | ███████████████████ | ██ | ███ |
| ████████ | ████████████████ | ██ | ███ |
| ████████ | █ ████████████████████ | ██ | ██ |
|  | ████████████████████████ | ██ | ███ |
| ████████ | ████████████████████ | ██ | ███ |
|  | ██████████████████████████ | ██ |  |
| ████████ | █ ██████████████████████ | ██ | ███ |
| ████████ | █ ███████████████████ | ██ | ███ |
| 07/25/2022 | RA    Review local rules regarding withdrawal of counsel of record. | 0.30 | 48.00 |

The Gathering Spot, LLC

Hours

0 ██████ ██ ██████████████████████████████████

Gathering Spot at Burlington Village LLC.

██ ██
██ ██

FOR PROFESSIONAL SERVICES RENDERED

FEE SUMMARY

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Amanda G. Hyland | | $400.00 | |
| Rashmi Ahuja | | 160.00 | |
| Brent Radcliff | | 350.00 | |

# taylor | english

Taylor English Duma LLP 1600 Parkwood Circle, Suite 200, Atlanta, Georgia 30339
Main: 770.434.6868 Fax: 770.434.7376 taylorenglish.com

The Gathering Spot, LLC



Atlanta, GA  30313

Statement Date: September 12, 2022
Statement No.                   742363
Account No.            71654.0011
Federal ID No.           201310229

Attn:       Ryan  Wilson

Re:   Burlington  Trademark dispute

**PREVIOUS BALANCE BROUGHT FORWARD**

Hours

| 08/17/2022 | AV | Draft communication to client regarding Sixth Circuit research and recommendation against filing a response to the Motion to Set Aside Default. | 0.40 | 140.00 |

The Gathering Spot, LLC

Hours

███████  ██  ███████████████████████████████████        ██   ██
███████  ██  ███████████████████████████████████        ██   ██
███████  ██  ██████████████████████████                 ██   ██
███████  ██  ██████████████████████████                 ██   ██
███████  ██  ███████████████████████████████████████    ██   ██
         ██  ███████████████████████████████████████    ██   ██
                                                         ██   ██

FOR PROFESSIONAL SERVICES RENDERED

FEE SUMMARY

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Amanda G. Hyland | | $400.00 | |
| Rashmi Ahuja | | 160.00 | |
| Austin Vining | | 350.00 | |

08/12/2022   ███████████████████████        ██
             █████████████████████          ██
             ██████████████████             ██

**Balance Due.................................**        ██

███████████████████████
█████████████████████████████████████████████
███████████████████████████████████
█████████████████████████████████

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 71654.0011 The Gathering Spot, LLC** | | | | | | | | | |
| 71654.0011 | 09/06/2022 | 511 | A | 1 | 350.00 | 1.10 | 385.00 | Review Defendants' opposition to TGS's Motion for Default Judgment and deadlines; draft reply to same. | ARCH |
| 71654.0011 | 09/06/2022 | 130 | A | 1 | 400.00 | 0.40 | 160.00 | Conference with A. Vining regarding reply brief; review and approve same. | ARCH |
| 71654.0011 | 09/06/2022 | 405 | A | 1 | 160.00 | 0.20 | 32.00 | Download and organize Defendants' Response to Plaintiff's Motion for Default Judgment for attorney review; and calendar deadline for Plaintiff's reply due date to same. | ARCH |
| 71654.0011 | 09/07/2022 | 511 | A | 1 | 350.00 | 0.30 | 105.00 | Review Defendants' motion to file answer out of time and proposed answer. | ARCH |
| 71654.0011 | 09/07/2022 | 405 | A | 1 | 160.00 | 0.60 | 96.00 | Download and organize Motion to File Answer out of time with Memorandum of law in Support for attorney review; calculate and calendar Plaintiff's response due date to same; and finalize and file Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Default Judgment. | ARCH |
| 71654.0011 | 09/07/2022 | 130 | A | 1 | 400.00 | 0.80 | 320.00 | Email to opposing counsel about his $500 offer. | ARCH |
| 71654.0011 | 09/08/2022 | 511 | A | 1 | 350.00 | 2.30 | 805.00 | Research for and draft opposition to Defendants' motion to file answer out of time. | ARCH |
| 71654.0011 | 09/19/2022 | 405 | A | 1 | 160.00 | 0.50 | 80.00 | Download and organize order granting Plaintiff's Motion for Default Judgment; calendar deadline for Parties to agree on amount for attorney's fees and expenses; calendar date and time for Telephonic Scheduling Conference per Court Order; and download and organize order deeming Defendants' answer filed for attorney review. | ARCH |
| 71654.0011 | 09/20/2022 | 551 | A | 1 | 350.00 | 3.40 | 1,190.00 | Research case law analyzing Plaintiff's ability to request and recover costs associated with obtaining service on Defendant. | ARCH |
| 71654.0011 | 09/20/2022 | 130 | A | 1 | 400.00 | 1.20 | 480.00 | Review court order; conference with Ms. McKinney regarding follow up research on seeking service fees and costs; review her research regarding same; confrence regarding same. | ARCH |
| 71654.0011 | 09/21/2022 | 551 | A | 1 | 350.00 | 0.90 | 315.00 | Prepare detailed correspondence updating client on Court Order and action plan moving forward. | ARCH |
| 71654.0011 | 09/22/2022 | 551 | A | 1 | 350.00 | 0.80 | 280.00 | Review billing statements and revise to attach as exhibits to correspondence to Defense counsel regarding request for fees and expenses. | ARCH |
| 71654.0011 | 09/22/2022 | 551 | A | 1 | 350.00 | 0.30 | 105.00 | Begin preparing correspondence to defense counsel regarding request for payment of fees and expenses. | ARCH |
| 71654.0011 | 09/23/2022 | 551 | A | 1 | 350.00 | 0.60 | 210.00 | Review and redact billing statement to attached to correspondence to defense counsel regarding request for fees and expenses. | ARCH |
| 71654.0011 | 09/23/2022 | 551 | A | 1 | 350.00 | 0.20 | 70.00 | Incorporate Amanda Hyland revisions to billing statement to attach to correspondence to defense counsel requesting fees and expenses. | ARCH |
| 71654.0011 | 09/26/2022 | 551 | A | 1 | 350.00 | 1.20 | 420.00 | Calculate Plaintiff's attorney's fees and expenses and prepare correspondence to defense counsel regarding request for payment of same. | ARCH |
| 71654.0011 | 09/26/2022 | 405 | A | 1 | 160.00 | 0.10 | 16.00 | Conference with A. Hyland about compiling invoices for process serving to recover fees from Defendants. | ARCH |
| 71654.0011 | 09/27/2022 | 405 | A | 1 | 160.00 | 0.60 | 96.00 | Compile invoices for several attempts for service by several process servers for purposes of identifying attorney's fees to be paid by Defendants. | ARCH |
| 71654.0011 | 09/28/2022 | 405 | A | 1 | 160.00 | 0.20 | 32.00 | Email A. Hyland with details of charges and invoices for service of process. | ARCH |
| 71654.0011 | 09/30/2022 | 551 | A | 1 | 350.00 | 0.70 | 245.00 | Prepare letter to Judge McDonough regarding the parties disagreement on fees and expenses. | ARCH |
| 71654.0011 | 09/30/2022 | 551 | A | 1 | 350.00 | 0.10 | 35.00 | Attempted phone call to Judge McDonough's chambers regarding procedure for fees issue to be referred to Magistrate Judge McCook. | ARCH |
| 71654.0011 | 09/30/2022 | 551 | A | 1 | 350.00 | 0.20 | 70.00 | Phone call with Judge McDonough's judicial assistant regarding procedure for notifying court of | ARCH |

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 71654.0011 The Gathering Spot, LLC** | | | | | | | | | |
| | | | | | | | | fee/expense disagreement. | |
| 71654.0011 | 09/30/2022 | 551 | A | 1 | 350.00 | 0.30 | 105.00 | Prepare formal Notice to be filed notifying Court of fee/expense disagreement. | ARCH |
| 71654.0011 | 09/30/2022 | 130 | A | 1 | 400.00 | 0.70 | 280.00 | Review and edit letter to court; review and approve notice; emails with opposing counsel regarding settlement; emails with client regarding settlement. | ARCH |
| 71654.0011 | 09/30/2022 | 405 | A | 1 | 160.00 | 0.30 | 48.00 | Finalize and file notice regarding fees and expenses; email letter to Judge McDonough regarding same. | ARCH |
| 71654.0011 | 10/03/2022 | 405 | A | 1 | 160.00 | 0.10 | 16.00 | Download and organize Order referring case to Magistrate Judge Jill E. McCook for attorney review. | ARCH |
| 71654.0011 | 10/04/2022 | 551 | A | 1 | 350.00 | 2.10 | 735.00 | Begin preparing Amanda Hyland Declaration to accompany Plaintiff's Motion for Attorney's fees and expenses to submit to Magistrate Judge McCook. | ARCH |
| 71654.0011 | 10/07/2022 | 405 | A | 1 | 160.00 | 0.30 | 48.00 | Download and organize Order regarding Attorney's fees for attorney review; calendar deadlines per same. | ARCH |
| 71654.0011 | 10/18/2022 | 551 | A | 1 | 350.00 | 0.90 | 315.00 | Continue preparing Declaration and Motion for Attorney Fees. | ARCH |
| 71654.0011 | 10/18/2022 | 551 | A | 1 | 350.00 | 2.40 | 840.00 | Continue preparing brief in support of motion for attorney's fees. | ARCH |
| 71654.0011 | 10/19/2022 | 551 | A | 1 | 350.00 | 3.80 | 1,330.00 | Continue preparing Declaration and Motion for Attorney Fees. | ARCH |
| 71654.0011 | 10/19/2022 | 405 | A | 1 | 160.00 | 0.90 | 144.00 | Call chambers for procedure on rescheduling currently set teleconference; prepare draft email for A. Hyland to send to the Court for its consideration in moving the telephonic scheduling conference; email finalized version of same to the Judge's chambers; and update calendar per court order with new date and time for telephonic scheduling conference. | ARCH |
| 71654.0011 | 10/20/2022 | 551 | A | 1 | 350.00 | 5.20 | 1,820.00 | Continue preparing Declaration and Motion for Attorney Fees. | ARCH |
| 71654.0011 | 10/20/2022 | 130 | A | 1 | 400.00 | 0.90 | 360.00 | Review and edit motion for fees and supporting declaration. | ARCH |
| 71654.0011 | 10/20/2022 | 405 | A | 1 | 160.00 | 0.30 | 48.00 | Draft cover letter to court requesting a certificate of good standing for Paige McKinney to be admitted pro hac vice in the Eastern District of Tennessee; arrange for mailing of same. | ARCH |
| 71654.0011 | 10/20/2022 | 156 | A | 1 | 450.00 | 0.60 | 270.00 | Discussion with P. McKinney regarding attorneys' fees motion and supporting exhibits; follow-up messages regarding AIPLA survey for billable rate data. | ARCH |
| 71654.0011 | 10/21/2022 | 130 | A | 1 | 400.00 | 1.40 | 560.00 | Review and edit motion for attorneys fees; calls with S. Trimble regarding same. | ARCH |
| 71654.0011 | 10/21/2022 | 405 | A | 1 | 160.00 | 3.30 | 528.00 | Provide P. McKinney with docket number for order admitting A. Hyland pro hac vice to include in motion for attorney's fees; finalize and file memorandum in support of motion for attorney's fees and declaration of Amanda G. Hyland in support of same; and download and organize same for attorney review. | ARCH |
| 71654.0011 | 10/21/2022 | 156 | A | 1 | 450.00 | 1.80 | 810.00 | Review and revise motion for attorneys' fees and supporting declaration; messages and discussions with A. Hyland and P. McKinney regarding same; work with paralegal to finalize and file same. | ARCH |
| 71654.0011 | 10/21/2022 | 551 | A | 1 | 350.00 | 7.40 | 2,590.00 | Continue preparing brief in support of Plaintiff's motion for attorney's fees. | ARCH |
| 71654.0011 | 10/31/2022 | 405 | A | 1 | 160.00 | 0.30 | 48.00 | Prepare motion for admission Pro Hac Vice for Paige McKinney. | ARCH |
| 71654.0011 | 11/03/2022 | 405 | A | 1 | 160.00 | 0.40 | 64.00 | Download and organize Defendant's Response to Plaintiff's Application for Attorney's Fees; calendar deadline for Plaintiff's reply per same; file application for admission pro hac vice for Paige E. McKinney as additional counsel for Plaintiff. | ARCH |

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 71654.0011 The Gathering Spot, LLC** | | | | | | | | | |
| 71654.0011 | 11/04/2022 | 405 | A | 1 | 160.00 | 0.10 | 16.00 | Download and organize motion for admission pro hac vice for Paige McKinney. | ARCH |
| 71654.0011 | 11/08/2022 | 551 | A | 1 | 350.00 | 0.50 | 175.00 | Conference with Amanda Hyland regarding preparation of Plaintiff's reply brief in support of its motion for attorney fees. | ARCH |
| 71654.0011 | 11/09/2022 | 130 | A | 1 | 400.00 | 1.60 | 640.00 | Review and edit reply brief in support of attorney's fee motion. | ARCH |
| 71654.0011 | 11/09/2022 | 405 | A | 1 | 160.00 | 1.10 | 176.00 | Follow up with P. McKinney on getting registered for e-filing; proof, finalize and file Plaintiff's Reply Brief in Support of Request for Its Reasonable Attorney's Fees and Expenses; teleconference with Ms. Hyland regarding same. | ARCH |
| 71654.0011 | 11/09/2022 | 551 | A | 1 | 350.00 | 5.40 | 1,890.00 | Prepare Plaintiff's reply brief in support of its motion for attorney fees. | ARCH |
| 71654.0011 | 11/21/2022 | 130 | A | 1 | 400.00 | 1.30 | 520.00 | Draft joint report and discovery plan. | ARCH |
| 71654.0011 | 11/21/2022 | 405 | A | 1 | 160.00 | 0.10 | 16.00 | Prepare Scheduling Order Form. | ARCH |
| 71654.0011 | 11/22/2022 | 130 | A | 1 | 400.00 | 0.60 | 240.00 | 26(f) call with opposing counsel; revise 26(f) report. | ARCH |
| 71654.0011 | 11/22/2022 | 130 | A | 1 | 400.00 | 0.70 | 280.00 | Conference call with court. | ARCH |
| 71654.0011 | 11/22/2022 | 405 | A | 1 | 160.00 | 0.50 | 80.00 | Finalize and file Report of Rule 26(f) Planning Meeting. | ARCH |
| 71654.0011 | 11/23/2022 | 405 | A | 1 | 160.00 | 1.10 | 176.00 | Download and organize Scheduling Order for attorney review; calendar deadlines per same. | ARCH |
| 71654.0011 | 11/30/2022 | 130 | A | 1 | 400.00 | 0.90 | 360.00 | Locate defendant's online uses of infringing mark; Follow up with opposing counsel regarding same. | ARCH |
| 71654.0011 | 12/29/2022 | 130 | A | 1 | 400.00 | 0.80 | 320.00 | Detailed email to opposing counsel regarding various outstanding items including his client's failure to change name online. | ARCH |
| ███████ | ███████ | ███ | █ | █ | ███████ | ████ | ██████████ | | ████ |
| 71654.0011 | 04/06/2023 | 130 | A | 1 | 400.00 | 1.70 | 680.00 | Edits to discovery requests; service of same. | ARCH |
| 71654.0011 | 05/01/2023 | 130 | A | 1 | 400.00 | 0.60 | 240.00 | Review Magistrate R&R; email to client regarding same. | ARCH |
| 71654.0011 | 05/01/2023 | 405 | A | 1 | 160.00 | 0.20 | 32.00 | Download Report and Recommendation for attorney review and calendar deadline to file objections to same; and calculate and calendar due date for Defendants' to serve responses to Plaintiff's first set of discovery requests. | ARCH |
| 71654.0011 | 05/01/2023 | 551 | A | 1 | 350.00 | 1.00 | 350.00 | Review and analyze detailed Magistrate Judge report and recommendation regarding attorneys fees; email correspondence with Amanda Hyland regarding same. | ARCH |
| 71654.0011 | 05/03/2023 | 130 | A | 1 | 400.00 | 0.30 | 120.00 | Review upcoming deadlines; email with associate about witness list. | ARCH |
| 71654.0011 | 05/03/2023 | 551 | A | 1 | 350.00 | 0.20 | 70.00 | Review scheduling order to confirm deadlines for discovery and dispositive motions. | ARCH |
| 71654.0011 | 05/04/2023 | 551 | A | 1 | 350.00 | 0.30 | 105.00 | Review scheduling order and pleadings in preparation of Plaintiff's witness list. | ARCH |
| 71654.0011 | 05/05/2023 | 405 | A | 1 | 160.00 | 1.90 | 304.00 | Research local rules for preferences on initial disclosures and provide form to complete witness list; prepare shell for Plaintiff's initial disclosures. | ARCH |
| 71654.0011 | 05/08/2023 | 130 | A | 1 | 400.00 | 1.20 | 480.00 | Review Witness List; Review and edit Initial disclosures; review and edit email to opposing counsel; call with client regarding status of same. | ARCH |
| 71654.0011 | 05/08/2023 | 405 | A | 1 | 160.00 | 0.20 | 32.00 | Provide Witness List form for P. McKinney to prepare for filing. | ARCH |
| 71654.0011 | 05/08/2023 | 551 | A | 1 | 350.00 | 1.10 | 385.00 | Prepare Plaintiff's Initial Disclosures to serve to opposing counsel. | ARCH |
| 71654.0011 | 05/08/2023 | 551 | A | 1 | 350.00 | 0.30 | 105.00 | Prepare email correspondence to opposing counsel regarding request for proposed payment schedule of Plaintiff's attorney fees. | ARCH |
| 71654.0011 | 05/08/2023 | 551 | A | 1 | 350.00 | 0.40 | 140.00 | Prepare Plaintiff's witness list to serve upon opposing counsel. | ARCH |
| 71654.0011 | 05/12/2023 | 130 | A | 1 | 400.00 | 0.30 | 120.00 | Follow up with opposing counsel about repayment schedule. | ARCH |

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|
| **Client ID 71654.0011 The Gathering Spot, LLC** | | | | | | | | | |
| 71654.0011 | 05/12/2023 | 551 | A | 1 | 350.00 | 0.20 | 70.00 | Conference with Amanda Hyland regarding status of communications with Defense counsel regarding attorney fee payment schedule. | ARCH |
| 71654.0011 | 05/17/2023 | 551 | A | 1 | 350.00 | 0.20 | 70.00 | Email correspondence with Amanda Hyland regarding Court order to confer with opposing counsel. | ARCH |
| 71654.0011 | 06/02/2023 | 551 | A | 1 | 350.00 | 0.20 | 70.00 | Email correspondence with Amanda Hyland regarding conferring with opposing counsel to get attorneys' fees paid. | ARCH |
| 71654.0011 | 06/28/2023 | 551 | A | 1 | 350.00 | 0.30 | 105.00 | Conference with Amanda Hyland regarding preparation of dispositive motion. | ARCH |
| 71654.0011 | 06/29/2023 | 130 | A | 1 | 400.00 | 0.60 | 240.00 | Conference with Ms. Mckinney regarding format of joint appendix and strategy around seeking potential input from opposing counsel; research on judge's orders relating to joint appendices. | ARCH |
| 71654.0011 | 06/29/2023 | 551 | A | 1 | 350.00 | 3.40 | 1,190.00 | Prepare motion for summary judgment and corresponding pleadings; conference with Amanda Hyland regarding same. | ARCH |
| 71654.0011 | 06/29/2023 | 551 | A | 1 | 350.00 | 0.20 | 70.00 | Email correspondence to opposing counsel regarding joint appendix to be filed with motion for summary judgment. | ARCH |
| 71654.0011 | 06/30/2023 | 551 | A | 1 | 350.00 | 0.30 | 105.00 | Prepare Complaint verification for Ryan Wilson and send email correspondence regarding same. | ARCH |
| 71654.0011 | 06/30/2023 | 551 | A | 1 | 350.00 | 1.50 | 525.00 | Continue preparing motion for summary judgment and brief in support. | ARCH |
| 71654.0011 | 07/03/2023 | 551 | A | 1 | 350.00 | 3.40 | 1,190.00 | Continue preparing Plaintiff's Motion and brief in support of summary judgment. | ARCH |
| 71654.0011 | 07/05/2023 | 551 | A | 1 | 350.00 | 4.70 | 1,645.00 | Continue preparing Motion and Brief in support of Summary Judgment. | ARCH |
| 71654.0011 | 07/05/2023 | 405 | A | 1 | 160.00 | 2.30 | 368.00 | Finalize and file Plaintiff's motion for summary judgment with brief in support and Joint Appendix; calculate and calendar Defendants' response due date to same. | ARCH |
| 71654.0011 | 07/05/2023 | 551 | A | 1 | 350.00 | 0.20 | 70.00 | Email correspondence with Ryan Wilson regarding executing verification. | ARCH |
| 71654.0011 | 07/26/2023 | 551 | A | 1 | 350.00 | 0.20 | 70.00 | Review and analyze Defendants Motion for Extension of Time to respond to Motion for Summary Judgment. | ARCH |
| 71654.0011 | 07/27/2023 | 551 | A | 1 | 350.00 | 1.90 | 665.00 | Prepare Motion and Brief in opposition to Defendants' Motion for extension of time to respond to Plaintiff's motion for summary judgment. | ARCH |
| 71654.0011 | 07/27/2023 | 130 | A | 1 | 400.00 | 0.80 | 320.00 | Review motion for extension on summary judgment; conference with associate about opposing same; review court order. | ARCH |
| 71654.0011 | 07/27/2023 | 551 | A | 1 | 350.00 | 0.30 | 105.00 | Conference with Amanda Hyland regarding preparation of response to Defendants Motion for extension of time; correspondence regarding same. | ARCH |
| 71654.0011 | 07/27/2023 | 551 | A | 1 | 350.00 | 0.30 | 105.00 | Review and analyze Court Order granting in part Defendants request for extension of time' email correspondence with Amanda Hyland regarding same. | ARCH |
| 71654.0011 | 07/27/2023 | 405 | A | 1 | 160.00 | 0.30 | 48.00 | Calculate and calendar deadline for Plaintiff's due date to Defendants' Motion for Extension of Time to File Response to Plaintiff's Motion for Summary Judgment; and update Defendants' deadline to file response per order granting in part and denying in part Defendants' Motion. | ARCH |
| 71654.0011 | 07/31/2023 | 551 | A | 1 | 350.00 | 0.20 | 70.00 | Conference with Amanda Hyland regarding preparing Notice to Magistrate Judge regarding Defendants failure to pay attorney fees. | ARCH |
| 71654.0011 | 08/15/2023 | 551 | P | 1 | 350.00 | 0.20 | 70.00 | Email correspondence with Amanda Hyland regarding failure of Defendants to respond to motion for summary judgment. | 248 |
| 71654.0011 | 08/16/2023 | 551 | P | 1 | 350.00 | 0.60 | 210.00 | Conference with Amanda Hyland and revise Motion | 236 |

**Detail Fee Transaction File List**
Taylor English Duma LLP

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|--|-------|

**Client ID 71654.0011 The Gathering Spot, LLC**

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Hours to Bill | Amount | Description | Ref # |
|--------|-----------|------|-----|------------------|------|---------------|--------|-------------|-------|
| | | | | | | | | opposing Defendants Request for Extension. | |
| 71654.0011 | 08/16/2023 | 405 | P | 1 | 160.00 | 0.20 | 32.00 | Finalize and file Plaintiff's Brief in Opposition to Defendants' Second Motion for Extension of Time to file response to Plaintiff's Motion for Summary Judgment. | 242 |
| 71654.0011 | 08/16/2023 | 551 | P | 1 | 350.00 | 1.10 | 385.00 | Prepare response in opposition to Defendants second motion for extension of time to file response to motion for summary judgment. | 249 |
| 71654.0011 | 08/16/2023 | 551 | P | 1 | 350.00 | 0.20 | 70.00 | Review Court Order granting second extension of time. | 250 |
| 71654.0011 | 08/22/2023 | 551 | P | 1 | 350.00 | 1.40 | 490.00 | Prepare Reply Brief in support of summary judgment. | 237 |
| 71654.0011 | 08/24/2023 | 551 | P | 1 | 350.00 | 5.10 | 1,785.00 | Continue preparing reply brief in support of summary judgment. | 238 |
| 71654.0011 | 08/24/2023 | 130 | P | 1 | 400.00 | 0.80 | 320.00 | Review and edit reply brief. | 239 |
| 71654.0011 | 08/24/2023 | 551 | P | 1 | 350.00 | 0.20 | 70.00 | Email correspondence with Amanda Hyland regarding revisions to rely brief. | 251 |
| 71654.0011 | 08/25/2023 | 551 | P | 1 | 350.00 | 4.10 | 1,435.00 | Continue preparing reply brief in support of motion for summary judgment. | 240 |
| 71654.0011 | 08/25/2023 | 130 | P | 1 | 400.00 | 2.10 | 840.00 | Review and edit reply brief in support of motion for summary judgment. | 241 |
| ████ | ████ | █ | █ | █ | ████ | ████ | ████ | ████ | █ |
| 71654.0011 | 08/29/2023 | 551 | P | 1 | 350.00 | 0.50 | 175.00 | Review and analyze the Court's memorandum opinion and order granting TGS's motion for summary judgment in advance of preparing motion for attorney's fees. | 243 |
| 71654.0011 | 08/29/2023 | 130 | P | 1 | 400.00 | 0.80 | 320.00 | Review court order; email to client regarding same. | 245 |
| 71654.0011 | 08/29/2023 | 405 | P | 1 | 160.00 | 0.20 | 32.00 | Calculate and calendar Defendants' deadline to file notice of appeal to Memorandum Opinion granting Plaintiff's Motion for Summary Judgment. | 247 |
| 71654.0011 | 08/30/2023 | 130 | P | 1 | 400.00 | 1.30 | 520.00 | Emails with Ryan about press inquiries; call about Ms. Hill's request to settle; update to Morris. | 246 |

| | | | | | | | | |
|--|--|--|--|--|--|--|--|--|
| **Total for Client ID 71654.0011** | | | Billable | 115.40 | 38,566.00 | The Gathering Spot, LLC Burlington Trademark dispute | | |

**GRAND TOTALS**

| | | | |
|--|--|--|--|
| | Billable | 115.40 | 38,566.00 |

# EXHIBIT B

**Detail Cost Transaction File List**
Taylor English Duma LLP

| Client | Trans Date | Tkpr | H P | Tcode/ Task Code | Rate | Amount | | Ref # |
|--------|-----------|------|-----|------------------|------|--------|---|-------|
| **Client ID 71654.0011 The Gathering Spot, LLC** | | | | | | | | |
| 71654.0011 | 09/28/2022 | 211 | A | 711 | | 450.00 | Service of Process fee paid to Nancy Thrash dated 2/15/22 to serve Gathering Spot and Terri Cade - Hill | ARCH |
| 71654.0011 | 09/28/2022 | 211 | A | 709 | | 240.00 | Fee paid to Sprint Process LLC invoice # 1169 dated 1/31/22 for service | ARCH |
| 71654.0011 | 10/20/2022 | 211 | A | 717 | | 20.00 | Certificate of Good Standing for Paige McKinney paid to Clerk, USDC / check # 31955 | ARCH |
| 71654.0011 | 11/03/2022 | 211 | A | 705 | | 90.00 | Filing Fee paid to Tennessee Eastern District Court - Admission Pro Hac Vice for Paige McKinney / Ref # ATNEDC-5214275 | ARCH |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total for Client ID 71654.0011** | | | Billable | | 800.00 | The Gathering Spot, LLC | |
| | | | | | | Burlington Trademark dispute | |

| **GRAND TOTALS** |
|---|

| | | |
|---|---|---|
| | Billable | 800.00 |